# EXHIBIT A

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Check Number | Transfer Type | Transfer Amount |
|---|---|---|---|---|---|
| Akorn Operating Company, LLC | Applied Physics Inc | 1/30/2023 | 267052 | Check | $ 39,918.55 |
| | | | | | $ 39,918.55 |